In the Matter of NATHANIEL BECKER, Appellant, *v.* GEORGE J. RYAN et al., Constituting the Board of Education of the City of New York, Respondents.

(Argued February 26, 1935; decided March 12, 1935.)

634

*Nathaniel Becker*, in person, for appellant.

*Paul Windels, Corporation Counsel (Henry J. Shields* of counsel), for respondents.

Appeal dismissed, with costs, on the ground no constitutional question is presented. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.